FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

WWW.TXCOURTS.GOV/2NDCOA

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

December 18, 2015

J. Warren St. John
2020 Burnett Plaza
801 Cherry St., Unit No. 5
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-15-00164-CR
                                     02-15-00165-CR
                                     02-15-00166-CR
                                     02-15-00167-CR

        Trial Court Case Number:     1336013D
                                     1336014D
                                     1336015D
                                     1336016D

Style:     Benjamon Ray Stewart a/k/a Benjamon Todd Stewart
           v.
           The State of Texas

It has come to the court's attention that the name of a minor child is not redacted in the appellant's brief. *See* Tex. R. App. P. 9.10. Therefore, the appellant is directed to prepare and file an amended appellant's brief with the name of the minor child redacted. Appellant's redacted brief is due on **Monday, December 28, 2015**. The court will retain the redacted copy as the brief in this appeal.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Rene Wallace, Deputy Clerk

cc:    Debra A. Windsor
       Assistant District Attorney
       401 W. Belknap St.
       Fort Worth, TX 76196-0201